UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>   Plaintiff,<br><br>vs.<br><br>LOUIS P. FORNAROTTO, an individual,<br>LMSF, INC., a Nevada Corporation D/B/A<br>LUCIE'S LOUNGE,<br><br>   Defendant. | Case No.2:15-cv-01070-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Attorney Richard Gunnerson's Response to Order to Show Cause (#20) filed December 17, 2015. Attorney Gunnerson indicates in his response that a substitution of attorney has been filed in this matter; however, no substitution of attorney has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Attorney Richard Gunnerson file with the court a substitution of attorney no later than **January 5, 2016**.

DATED this 29th day of December, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge